**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jonathan Tommy, | ) | No. CV09-1987-PHX-DGC (JRI) |
| Petitioner, | ) ) | **ORDER** |
| v. | ) ) | |
| Katrina S. Kane, et al., | ) ) | |
| Respondents. | ) ) | |

Petitioner Jonathan Tommy has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #5. United States Magistrate Judge James R. Irwin has issued a report and recommendation ("R&R") recommending that the amended petition be denied. Dkt. #18. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Dkt. #18) is **accepted**.
2. The amended petition for writ of habeas corpus (Dkt. #5) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 29th day of March, 2010.

_____
David G. Campbell
United States District Judge